**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 99-2667**

―――――――――――

LOUISE A. WOODRUP, of Cumberland County, NC,

Plaintiff - Appellant,

versus

UNITED STATES POSTAL SERVICE, of Fayetteville,
NC,

Defendant - Appellee.

―――――――――――

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, District Judge.
(CA-99-445-5-F)

―――――――――――

Submitted: March 23, 2000          Decided: March 29, 2000

―――――――――――

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Louise A. Woodrup, Appellant Pro Se. Jerri Ulrica Dunston, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Louise A. Woodrup appeals the district court's order granting Appellee's motion for summary judgment in this employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Woodrup v. United States Postal Serv.</u>, No. CA-99-445-5-F (E.D.N.C. Nov. 17, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2